1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:   (415) 436-7200
8      Facsimile:   (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9
10 Attorneys for the United States of America
11
12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15

| | | |
|---|---|---|
| 16 | UNITED STATES OF AMERICA, ) | CR No. 11-71139-MAG |
| 17 | Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
| 18 | v. ) ) | P. 5.1 & 18 U.S.C. § 3161 AND CHANGING DATE FOR ARRAIGNMENT |
| 19 | ALFREDO MARTINEZ-LUEVANO, ) ) | CURRENT DATE: NOVEMBER 4, 2011 |
| 20 | Defendant. ) ) | CURRENT TIME: 9:30 A.M. |
| 21 | ) ) | PROPOSED DATE: NOVEMBER 18, 2011 PROPOSED TIME: 9:30 A.M. |

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-71139-MAG                                                              1

1    On October 7, 2011, the defendant made his initial appearance on a warrant issued upon a Criminal Complaint. On October 12, 2011, the Court detained the defendant pending trial. The Court later approved the parties' request, under Rule 5.1, to extend the last date for the preliminary hearing or arraignment to November 4, 2011.

    The parties now stipulate and jointly request that, pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from November 4, 2011 through November 18, 2011. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also request that time be excluded under the Speedy Trial Act from November 4, 2011 through November 18, 2011 because the Government will produce discovery to the defendant soon, and the defendant will need time to review it and to conduct necessary investigation.

    The parties further request that the Court change the date for the defendant's preliminary hearing or arraignment from November 4, 2011 at 9:30 a.m. to November 18, 2011 at 9:30 a.m.

STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 24, 2011                        /s/
TAREK HELOU
Assistant United States Attorney

DATED: October 24, 2011                        /s/
DANIEL BLANK
Attorney for Defendant Alfredo Martinez-Luevano

//
//
//
//

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-71139-MAG    2

## ORDER

For the reasons stated above, the Court finds that exclusion of time from November 4, 2011 through November 18, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv). The Court also vacates the currently scheduled November 4, 2011 arraignment and sets the defendant's arraignment on November 18, 2011 at 9:30 a.m.

SO ORDERED.

DATED: 10/31/11

THE HONORABLE TIMOTHY J. BOMMER
United States Magistrate Judge